PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT | CASE NO.  4:23CV0242 |
| | JUDGE BENITA Y. PEARSON |
| | **ORDER** [Resolving ECF Nos. 40, 41, 42, 43, and 44] |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JON LUKE AFFELTRANGER, *et al.*, *etc.*, | CASE NO.  4:23CV0440 |
| Plaintiffs, | |
| v. | JUDGE BENITA Y. PEARSON |
| NORFOLK SOUTHERN CORPORATION, | **ORDER** [Resolving ECF Nos. 20, 21, 22, 23, and 24] |
| Defendants. | |

Pending are:

• Attorney Christopher A. Seeger's Motion for Admission *Pro Hac Vice* (ECF No. 40 in No. 4:23CV0242; ECF No. 20 in No. 4:23CV0440).  The motion is accompanied by a Declaration (ECF No. 40-1 in No. 4:23CV0242; ECF No. 20-1 in No. 4:23CV0440) attesting to

good standing and the $120.00 fee (Receipt Number OHNDC-12004960) as required by LR 83.5(h).

• Attorney David R. Buchanan's Motion for Admission *Pro Hac Vice* (ECF No. 41 in No. 4:23CV0242; ECF No. 21 in No. 4:23CV0440). The motion is accompanied by a Declaration (ECF No. 41-1 in No. 4:23CV0242; ECF No. 21-1 in No. 4:23CV0440) attesting to good standing and the $120.00 fee (Receipt Number OHNDC-12005034) as required by LR 83.5(h).

• Attorney Max Kelly's Motion for Admission *Pro Hac Vice* (ECF No. 42 in No. 4:23CV0242; ECF No. 22 in No. 4:23CV0440). The motion is accompanied by a Declaration (ECF No. 42-1 in No. 4:23CV0242; ECF No. 22-1 in No. 4:23CV0440) attesting to good standing and the $120.00 fee (Receipt Number OHNDC-12005046) as required by LR 83.5(h).

• Attorney Wesley Kelman's Motion for Admission *Pro Hac Vice* (ECF No. 43 in No. 4:23CV0242; ECF No. 23 in No. 4:23CV0440). The motion is accompanied by a Declaration (ECF No. 43-1 in No. 4:23CV0242; ECF No. 23-1 in No. 4:23CV0440) attesting to good standing and the $120.00 fee (Receipt Number OHNDC-12005061) as required by LR 83.5(h).

• Attorney Matthew F. Pawa's Motion for Admission *Pro Hac Vice* (ECF No. 44 in No. 4:23CV0242; ECF No. 24 in No. 4:23CV0440). The motion is accompanied by a Declaration (ECF No. 44-1 in No. 4:23CV0242; ECF No. 24-1 in No. 4:23CV0440) attesting to good standing and the $120.00 fee (Receipt Number OHNDC-12005180) as required by LR 83.5(h).

For good cause shown, the motions are granted. Christopher A. Seeger, David R. Buchanan, Max Kelly, Wesley Kelman, and Matthew F. Pawa shall be entered on the docket as representing Plaintiffs.

The attorneys are reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.

| | |
|---|---|
| <u>   May 25, 2023   </u><br>Date | <u>   */s/ Benita Y. Pearson*   </u><br>Benita Y. Pearson<br>United States District Judge |